160 A.3d 712

S.O., PLAINTIFF–RESPONDENT, v. K.K.,
DEFENDANT–PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003503–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

160 A.3d 712

IN THE MATTER OF THE ESTATE OF KENNETH E. JAMESON, DECEASED. (STACY MARIE WOLIN, ET AL.–PETITIONERS)

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002154–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.